**2**

Michael F. Burkart, Chapter 7 Trustee
5150 Fair Oaks Blvd., #101-185
Carmichael, CA 95608
Tel: (916) 485-0412
E-mail: burkart@cwo.com

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**CARLOS V. MARQUEZ** and<br>**DELFINA M. MARQUEZ**,<br><br>Debtors. | Case No. 10-21404-C-7<br>DCN:    DD - 01<br><br>DATE:   March 9, 2010<br>TIME:   9:30 A.M.<br>DEPT:   C<br>COURTROOM: 35 (6th Floor) |

## TRUSTEE'S OBJECTION TO DEBTORS' MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTORS' PROPRIETORSHIP BUSINESS and TRUSTEE'S MOTION FOR TURNOVER OF PERSONAL PROPERTY

TO: THE HONORABLE CHRISTOPHER M. KLEIN, CHIEF JUDGE, U. S. BANKRUPTCY COURT; THE OFFICE OF THE U. S. TRUSTEE; THE ABOVE-CAPTIONED DEBTORS; AND, THE DEBTORS' ATTORNEY.

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the undersigned Trustee, hereby opposes the Debtors' Motion for an Order Compelling Trustee to Abandon Debtors' Proprietorship Business. The Trustee hereby requests an order denying the Debtors' Motion for Abandonment. The Trustee further requests an order compelling the Debtors to turn over all non-exempt funds maintained in the Debtors' bank accounts and the accounts receivable, or its cash equivalent, and the 2006 Honda Civic.

As grounds for this statement of opposition and motion for turnover, the newly appointed Trustee represents the following:

1. The Debtors filed a voluntary Chapter 7 Bankruptcy Petition on January 21, 2010, and an Order for Relief was entered thereon.

2.     Michael F. Burkart was appointed as the Interim Chapter 7 Trustee on or about January 21, 2010, and continues to serve in that capacity.

3.     The Debtors' Schedule "B" and "C" filed on January 21, 2010, disclosed personal property described and corresponding monetary exemptions delineated as follows:

| Description of Asset | Market Value of Asset | Authority For Exemption | Exemption Claimed |
|---|---|---|---|
| Currency & Coin | $100.00 | n/a | 0.00 |
| Savings – US Bank | 100.05 | n/a | 0.00 |
| Savings – US Bank | 50.00 | n/a | 0.00 |
| Checking – US Bank | 126.28 | n/a | 0.00 |
| Checking – US Bank | 151.39 | n/a | 0.00 |
| Checking – US Bank (Business) | 70.38 | n/a | 0.00 |
| Checking – Bank of America | 20.00 | n/a | 0.00 |
| Accounts Receivable | 730.00 | n/a | 0.00 |
| 2006 Honda Civic (100,000 miles) | $11,575.00 | §704.010 | $2,550.00 |
| "     "     " | " | §704.060 | 4,850.00 |

4.     The Debtors' Schedule "D" also filed on January 21, 2010, disclosed no indebtedness nor obligations secured by the 2006 Honda Civic.

5.     The first §341(a) Meeting of Creditors and the Debtors' Examination was conducted and concluded on February 18, 2010.

6.     The undersigned Trustee asserts that the subject property is not burdensome and warrants administration by the Trustee for the benefit of the unsecured creditors.

## CONCLUSION

WHEREFORE, the Trustee prays that an order be entered denying the Debtors' Motion for Abandonment pertaining to non-exempt personal property and approving the Trustee's Motion for turnover of all non-exempt funds maintained in the Debtors' bank accounts and the accounts receivable, or its cash equivalent, and the 2006 Honda Civic to the Chapter 7 Trustee as set forth herein above.

Respectfully submitted,

Dated:   Feb. 22, 2010     /s/ Michael F. Burkart

Michael F. Burkart, Chapter 7 Trustee